# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| TERRY BADER, | : | CASE NO. 3:20-cv-00487 |
| Plaintiff, | : | Judge Michael J. Newman |
| v. | : | |
| RUSH EXPEDITING, INC., et al., | : | **NOTICE OF DISMISSAL** |
| Defendants. | : | |
| | : | |

Pursuant to Fed. Civ. R. 41(A)(1), Plaintiff hereby gives notice of the voluntary dismissal of this action against all Defendants without prejudice.

7/2/2021
Date

/s/ John (Hui) Li
John (Hui) Li  (#0082661)
JHL Legal LLC
3209 Carrier Ave.
Dayton, OH  45429
Telephone:  (513) 502-4646
jli@jhllegal.com

*Attorney for Plaintiff, Terry Bader*

## Certificate of Service

I hereby certify that on July 2, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a copy of the document and a notice of electronic filing to Defendants in this matter.

/s/ John (Hui) Li
John (Hui) Li  (#0082661)